UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| M. ILHAN UZEL, DMS, DSC d/b/a MERCER CENTER FOR IMPLANTS AND PERIODONTICS AT PRINCETON,<br><br>Plaintiff,<br><br>v.<br><br>THE HANOVER INSURANCE GROUP, INC. d/b/a THE HANOVER and CITIZENS INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Case No.: 3:20-cv-05778-FLW-DEA<br><br>**STIPULATION PURSUANT TO F.R.C.P. 41 FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above action without prejudice.  Each side shall bear their own costs.

Dated: January 4, 2021                                                    Respectfully submitted,


*/s/ Frederick S. Longer*                                                 */s/ Jonathan M. Zagha*
Arnold Levin, Esq.                                                              Jonathan M. Zagha, Esq.
Laurence Berman, Esq.                                                     **FINAZZO COSSOLINI O'LEARY**
Frederick Longer, Esq.                                                       **MEOLA & HAGER, LLC**
Daniel Levin, Esq.                                                                67 East Park Place - Suite 901
**LEVIN SEDRAN & BERMAN LLP**                               Morristown, NJ 07960
510 Walnut Street, Suite 500                                            Main: (973) 343-4960
Philadelphia, PA 19106-3697                                           Fax: (973) 343-4970
Telephone: (215) 592-1500                                              Jonathan.Zagha@Finazzolaw.com
Facsimile: (215) 592-4663
alevin@lfsblaw.com                                                            *Counsel for Defendant,*
flonger@lfsblaw.com                                                         *Citizens Insurance Company of America*
dlevin@lfsblaw.com


*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on this 4th day of January 2021, upon all counsel of record via the Court's electronic notification system.

*/s/ Frederick S. Longer*
Frederick S. Longer, Esq.
