UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| M. ILHAN UZEL, DMS, DSC d/b/a MERCER CENTER FOR IMPLANTS AND PERIODONTICS AT PRINCETON,<br><br>Plaintiff,<br><br>v.<br><br>THE HANOVER INSURANCE GROUP, INC. d/b/a THE HANOVER and CITIZENS INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Case No.: 3:20-cv-05778-FLW-DEA<br><br>**STIPULATION PURSUANT TO F.R.C.P. 41 FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above action without prejudice. Each side shall bear their own costs.

Dated: January 4, 2021

/s/ Frederick S. Longer
Arnold Levin, Esq.
Laurence Berman, Esq.
Frederick Longer, Esq.
Daniel Levin, Esq.
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
alevin@lfsblaw.com
flonger@lfsblaw.com
dlevin@lfsblaw.com

***Counsel for Plaintiff***

Respectfully submitted,

/s/ Jonathan M. Zagha
Jonathan M. Zagha, Esq.
**FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC**
67 East Park Place - Suite 901
Morristown, NJ 07960
Main: (973) 343-4960
Fax: (973) 343-4970
Jonathan.Zagha@Finazzolaw.com

***Counsel for Defendant,***
*Citizens Insurance Company of America*

SO ORDERED.

Dated: January 5, 2021

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
Chief Judge